FILED
ASHEVILLE, N.C.

OCT 3 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR251 |
| | ) | |
| vs. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| TYRON JEROME HUNTER, ET. AL. | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, Information Pursuant to Title 21, U.S.C. § 841(b), the Motion to Seal Indictment and any other related documents be sealed.

THIS the 3rd day of October, 2006.

_____
MAGISTRATE JUDGE