**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:06-cr-00251-MR-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **TYRON JEROME HUNTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Reduction of Sentence Pursuant to the First Step Act of 2018." [Doc. 487].

The Defendant, proceeding *pro se*, seeks relief under the First Step Act of 2018. Upon review of the motion, the Court will allow the Government an opportunity to file a response.

**IT IS, THEREFORE, ORDERED** that the Government shall have thirty (30) days from the entry of this Order to file a response to the Defendant's Motion for Reduction of Sentence.

**IT IS SO ORDERED.**

Signed: January 15, 2020

Martin Reidinger
United States District Judge